UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIA GONZALEZ, et al.,<br><br>        Defendants. | Case No. 22-cv-00132-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 21. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by July 25, 2022.

**IT IS SO ORDERED.**

Dated: May 25, 2022

THOMAS S. HIXSON
United States Magistrate Judge