CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
cvaughan@adasolutionsgroup.com
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (833) 481-1245
Facsimile: (916) 660-9378
Attorneys for Defendants Maria Gonzalez and MGM Jewelry Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIA GONZALEZ; MGM JEWELRY Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:22-cv-00132-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 7, 2022                    CENTER FOR DISABILITY ACCESS

                                                By:   /s/Amanda Seabock
                                                        Amanda Seabock
                                                        Attorneys for Plaintiff

Dated: July 7, 2022                    VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                                By:   /s/Cris C. Vaughan
                                                        Cris C. Vaughan
                                                        Attorneys for Defendants
                                                        Maria Gonzalez and MGM Jewelry Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Maria Gonzalez and MGM Jewelry Inc., respectively, and that I have obtained Cris C. Vaughan authorization to affix his electronic signature to this document.

Dated: July 7, 2022              CENTER FOR DISABILITY ACCESS

                                        By:   /s/Amanda Seabock
                                                Amanda Seabock
                                                Attorneys for Plaintiff